THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MIRAFLOR and NOVA MIRAFLOR,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREAT AMERICAN GAMING CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C14-1652-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on the parties' notice of settlement via e-mail on March 24, 2016. The parties indicate that a stipulation and order of dismissal is forthcoming. Accordingly, the Clerk is respectfully DIRECTED to terminate the pending motions for summary judgment (Dkt. No. 20, 21).

　　DATED this 28th day of March 2016.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER, C14-1652-JCC
PAGE - 1